FILED

September 23, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )           Case No. 2:09MJ00276-GGH
)
v.                                              )           ORDER FOR RELEASE OF
)           PERSON IN CUSTODY
LESLIE S. ZIMMERMAN, )
)
Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __LESLIE S. ZIMMERMAN__ , Case No.

2:09MJ00276-GGH  , Charge  Pretrial Release Violation  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __    Release on Personal Recognizance

   __    Bail Posted in the Sum of $__

   ✔    Unsecured Appearance Bond

   __    Appearance Bond with 10% Deposit

   __    Appearance Bond with Surety

   __    Corporate Surety Bail Bond

   ✔    (Other)       _Pretrial conditions as stated on the record._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _September 23, 2009_ at _2:31 pm_ .

By  /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court